Sheldon Marvin Fox, II
Name
473223

Prison Number
Palmer Correctional Center

Place of confinement
P.O. Box 919

Mailing address
Palmer, Alaska 99645

City, State, Zip
N/A

Telephone

RECEIVED

JUL 10 2023

Clerk, U.S. District Court
Fairbanks, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Sheldon Marvin Fox, II                    ,

(Enter full name of plaintiff in this action)

                Plaintiff,

vs.

Timothy Rosario                          ,

Kathryn E. Mason                         ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

          Defendant(s).

Case No. 4:23-cv-00014-JMK
_____

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Sheldon Marvin Fox, II

                                                   (print your name)

who presently resides at Palmer Correctional Center                          ,

                       (mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, Timothy Rosario _____ is a citizen of
Alaska_____, and is employed as a State Trooper_____.
     (state)                     (defendant's government position/title)

  X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, Kathryn E. Mason _____ is a citizen of
                          (name)
Alaska_____, and is employed as a District Attorney_____.
     (state)                     (defendant's government position/title)

  X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
                          (name)
_____, and is employed as a_____.
     (state)                     (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about  November 22, 2022 _____ , my civil right to

(Date)

due process

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List **only one** violation.)

was violated by  Timothy Rosario _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1.   State what
happened briefly and clearly, in your own words.   Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Alaska State Trooper Timothy Rosario presented false and
misleading testimony, while under oath, to a grand jury in
order to gain an indictment charging Mr. Fox with one count
of kidnapping and one count of assault in the third degree.
Alaska State Trooper Timothy Rosario knew or should have known
his testimony to the grand jury was false and misleading.  The
Superior Court of the State of Alaska, Fourth Judicial District
at Fairbanks, in an Order Granting Motion to Dismiss Indictment
dated March 28, 2023, found Trooper Rosario's testimony to be
false and misleading (Case No. 4TO-22-00082 CR).  Trooper
Rosario's false and misleading testimony caused me to be charged
with an unclassified felony carrying a maximum sentence of 99
years, to be incarcerated where I had a mild heart attack and
suffered the loss of my personal liberty.

Claim 2: On or about  November 22, 2022                    , my civil right to
                              *(Date)*

due process

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by   Kathryn E. Mason
                        (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Assistant District Attorney Kathyrn E. Mason while presenting evidence to grand jury, elicited false and misleading testimony from Alaska State Trooper Timothy Rosario in order to gain an indictment charging Mr. Fox with one count of kidnapping and one count of assault in the third degree.  Assistant District Attorney Kathryn E. Mason knew or should have known that she was eliciting false and misleading testimony from Trooper Rosario.  The Superior Court of the State of Alaska, Fourth Judicial District at Fairbanks, in an Order Granting Motion to Dismiss Indictment dated March 28, 2023, found that Assitant District Attorney Mason violated my due process rights by eliciting false and misleading evidence before teh grand jury.  The false and misleading evidence elicited by Assistant District Attorney Mason in this case (Case No. 4TO-22-00082 CR) caused me to be charged with an unclassified felony carrying a maximum sentence of 99 years, to be incarcerated  where I had a mild heart attack and suffered the loss of my personal liberty.

Claim 3: On or about _____ , my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _XX_ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _Sheldon Marvin Fox, II_____

Defendant(s): _Bran Wade, Mariann Chaney, and Pam Martin_____

Name and location of court: _U.S. Dist. Court, Anchorage (?)_____

Docket number: _Don't recall_ Name of judge: _Burgess_____

Approximate date case was filed: _2013_____ Date of final decision: _2013_____

Disposition: _____ Dismissed _XX____ Appealed _____ Still pending

Issues Raised: _Due process - I think, I really don't recall_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_XX___ Yes _____ No     I really do not recall why the case was dismissed

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): ___See above._____

b. Name of federal court ___See above___ Case number: ___do not recall___

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim
I do not recall.

d. Issue(s) raised: ___I am not positive but I think it was due process___

e. Approximate date case was filed: ___2013___ Date of final decision: ___2013___

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes ___XX___ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 3,000,000.00

2. Punitive damages in the amount of $ 3,000,000.00

3. An order requiring defendant(s) to  not retaliate against me or my family.

4. A declaration that

5. Other:  Costs and fees associated with this action.

Plaintiff demands a trial by jury.  XX  Yes  No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at  Palmer Correctional Center  on  7-1-2023
            (Location)                           (Date)

_Sheldon Lix II_
(Plaintiff's Signature)

_____        _____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

...elne,
O box 919
)lmer, Ak
              94695

RECEIVED
JUL 10 2023
Clerk, U.S. District Court
Fairbanks, AK

UNITED States District Court
District of Alaska
Federal building, US Courthouse
101 12th Avenue, Room 332
Fairbanks, Alaska 99701