# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| SHELDON MARVIN FOX, II, <br> *Plaintiff* <br> v. <br><br> TIMOTHY ROSARIO and <br> KATHRYN E. MASON, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 4:23-cv-00014-JMK |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed without prejudice.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: December 4, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*